August 28, 2007

**Via Electronic Filing**

The Honorable Judge Gwin
United States District Court, Northern Division of Ohio
2 S. Main Street
Akron, Ohio 44308

      Re:    _Hollenbaugh vs. Maurer, Et. Al_
              Case No. 5:05 CV 207

Dear Judge Gwin:

I am pleased to advise you that the above-captioned case has been fully settled against all
defendants.  On behalf of the plaintiffs, we would like to thank you for your attention to this case.


             Very Truly,

             **EDWARD L. GILBERT CO., LPA**

             /s/ Edward L. Gilbert
             Edward L. Gilbert (0014544)
             Michael J. Wright (0075221)
             Attorneys for Plaintiff
             One Cascade Plaza, Suite 825
             Akron, Ohio 44308
             (330) 376-8855
             (330) 376-8857 FAX
             egilbert8@sbcglobal.net

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on August 28, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Edward L. Gilbert
Edward L. Gilbert
Attorney for Plaintiff

2